# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    John R Booras
    Elizabeth J Booras
        Debtor(s)

Case No. 12-12702

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/29/2012, and was converted to chapter 13 on 07/20/2012.

2) The plan was confirmed on 10/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/21/2013.

5) The case was converted on 06/27/2013.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $159,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $2,029.76 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$2,029.76** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $79.17 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$79.17** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED NEUROLOGICAL CARE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 1,751.92 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| ASPEN DENTAL | Unsecured | 56.84 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 33,966.00 | 34,241.93 | 34,241.93 | 49.89 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,750.00 | 2,863.28 | 2,863.28 | 4.17 | 0.00 |
| BEST PRACTICES INPATIENT CARE | Unsecured | 26.97 | NA | NA | 0.00 | 0.00 |
| CENTER FOR PAIN CONTROL | Unsecured | 56.40 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 15.80 | NA | NA | 0.00 | 0.00 |
| CHILDRENS ASTHMA RESP | Unsecured | 722.10 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 2,550.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGIC CONS | Unsecured | 446.20 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGIC CONS | Unsecured | 482.05 | NA | NA | 0.00 | 0.00 |
| DANIELLA L WEIGAND | Unsecured | 1,381.12 | NA | NA | 0.00 | 0.00 |
| DELINQUENCY PREVENTION SERVIC | Unsecured | 114.60 | NA | NA | 0.00 | 0.00 |
| ENH LABORATORY SERVICES | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 3,400.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | NA | 1,993.20 | 1,993.20 | 2.90 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GLOBAL MEDICAL IMAGING | Unsecured | 15.80 | NA | NA | 0.00 | 0.00 |
| GRAND OAKS ANESTHESIA | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORN SURGERY CENTER | Unsecured | 323.67 | NA | NA | 0.00 | 0.00 |
| HEALTHPORT | Unsecured | 143.64 | NA | NA | 0.00 | 0.00 |
| HEARTLAND INTERNATIONAL HEAL | Unsecured | 80.30 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE & JOINT INSTITUTE | Unsecured | 91.20 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 704.28 | NA | NA | 0.00 | 0.00 |
| MCHENRY DENTAL SPECIALIST | Unsecured | 184.50 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 108.34 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 114.60 | NA | NA | 0.00 | 0.00 |
| MICHAEL L SAVITT | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM LABORATORIES | Unsecured | 21.17 | NA | NA | 0.00 | 0.00 |
| MRB COUNSELING | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 284.16 | NA | NA | 0.00 | 0.00 |
| NEOPATH S C | Unsecured | 8.10 | NA | NA | 0.00 | 0.00 |
| NEUROPSYCHIATRIC ASSOC | Unsecured | 15.60 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE CARDIOLOGISTS | Unsecured | 114.60 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE EAR NOSE & THROA | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE PRIMARY CARE | Unsecured | 117.20 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIV HEALTH SYSTE | Unsecured | 14,140.22 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE LAB SERVICES | Unsecured | 11.50 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 1,435.93 | NA | NA | 0.00 | 0.00 |
| OB GYNE BILLING SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE MANAGEMENT SERVICES | Unsecured | 2,249.55 | NA | NA | 0.00 | 0.00 |
| PRO COM SERVICES CORP | Unsecured | 446.20 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | 61,500.00 | 2,648.45 | 2,648.45 | 3.86 | 0.00 |
| PYOD | Unsecured | NA | 61,620.61 | 61,620.61 | 89.77 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 29.63 | NA | NA | 0.00 | 0.00 |
| RAMJAC CORP | Unsecured | 2,972.30 | NA | NA | 0.00 | 0.00 |
| RAVINIA ASSOCIATES | Unsecured | 69.70 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE PARTNERS | Unsecured | 1,432.52 | NA | NA | 0.00 | 0.00 |
| ROBERT BAKER | Unsecured | 22.40 | NA | NA | 0.00 | 0.00 |
| STERLING MEDICAL GROUP | Unsecured | 284.16 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMBULANC | Unsecured | 367.70 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 7,475.00 | NA | NA | 0.00 | 0.00 |
| THOMAS WEIGAL MD | Unsecured | 2.80 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Unsecured | 373.13 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT | Unsecured | 7,501.80 | NA | NA | 0.00 | 0.00 |
| VICTORIA KUT MD | Unsecured | 131.60 | NA | NA | 0.00 | 0.00 |
| YULIA KIN | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,800.00 | $1,800.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,800.00** | **$1,800.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$103,367.47** | **$150.59** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $79.17 |
| Disbursements to Creditors | $1,950.59 |
| **TOTAL DISBURSEMENTS** : | **$2,029.76** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/24/2013                    By: /s/ Glenn Stearns

                                              Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**